

**U.S. Department of Justice**
Federal Bureau of Prisons

Designation and Sentence Computation Center

*U.S. Armed Forces Reserve Complex*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

January 21, 2021

The Honorable Thomas A. Varlan
United States District Judge
  for the Eastern District of Tennessee
800 Market Street, Suite 143
Knoxville, Tennessee 37902

RE:  Plemons, Dennis Dewayne
     Register Number: 47110-074
     Case Number:  3:13-CR-00154-TAV-HBG(1)

Dear Judge Varlan:

    This letter is to inform the Court of the untimely release of Dennis Dewayne Plemons. On April 11, 2018, Mr. Plemons was sentenced by Your Honor to a 90-month term of imprisonment for Felon in Possession of a Firearm in Case No. 3:13-CR-00154-TAV-HBG(1). At the time of sentencing, Mr. Plemons was under the primary custodial jurisdiction of federal authorities.

    Our records reflect on December 31, 2020, Mr. Plemons released via Good Conduct Time from the service of his 90-month term of imprisonment imposed on April 11, 2018.

    On September 17, 2020, Mr. Plemons was re-sentenced by Your Honor to a 180-month term of imprisonment. However, the Federal Bureau of Prisons did not receive the new Judgement in a Criminal case until January 5, 2021, after the inmate had already been released from his 90-month term of imprisonment.

    After Mr. Plemons had released from his 90-month term of imprisonment and we received the new Judgement in a Criminal case, we have been in continuous communications with the United States Marshals Service and the United States Probation Department in order to have Mr. Plemons returned to Federal Custody. On January 8, 2021, Mr. Plemons self-surrendered to the United States Marshals Service.

We regret this unfortunate release. The Designation and Sentence Computation Center will continue to process all Amended/Re-Sentenced Judgements in a Criminal case upon receipt. If you have any questions or concerns, please do not hesitate to contact me at 972-352-4449.

Respectfully,

Ken Woods,
Acting Chief

jhs
cc: Cynthia F. Davidson, Assistant United States Attorney
Adrienne Simpson-Brown, Chief U.S. Probation Officer



U.S. Department of Justice
Federal Bureau of Prisons
Designation and Sentence Computation Center

U.S. Armed Forces Reserve Complex
346 Marine Forces Drive
Grand Prairie, Texas 75051

Official Business
Penalty for Private Use $300

The Honorable Thomas A. Varlan
United States District Judge
for the Eastern District of Tennessee
800 Market Street, Suite 143
Knoxville, Tennessee 37902